

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2018

No. 04-18-00284-CR

Josie L. **ALANIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1192
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due May 25, 2018. When we did not receive a copy of the record, this court notified Mr. Charles R. Richardson and Ms. Heather Collins by letter on June 4, 2018, advising them that they were the court reporters responsible for timely filing the reporter's record and that their portions of the record had not been filed. Our notices required Mr. Richardson and Ms. Collins to file the record no later than July 5, 2108, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case the court reporters were required to file a notice advising the court no later than June 13, 2018 of such fact. Thereafter, on June 5, 2018, Ms. Collins filed the portion of the record for which she was responsible. At this time, however, Mr. Richardson has filed neither his portion of the reporter's record for which he is responsible nor any other response to our order.

Based on the foregoing, we **ORDER** Mr. Charles R. Richardson to file the portion of the record for which he is responsible in this court **on or before August 23, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2018.



Keith E. Hottle
Clerk of Court